IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JEROME CLARKE,
          PLAINTIFF,
     VS.                                  3:17-cv-36
FOUNTRY RESTAURANT CORPORATION
OF ATHENS, GEORGIA,
          DEFENDANT(S).

## COMPLAINT

(1.) PLAINTIFF JEROME CLARKE SOCIAL SECURITY # ~~[redacted]~~ -1993 IS A CITIZEN OF THE UNITED STATES OF AMERICA AND RESIDES AT: JOHNSON STATE PRISON POST OFFICE BOX 344 WRIGHTSVILLE, GEORGIA, 31096.

(2.) DEFENDANT(S) NAME IS: FOUNTRY RESTAURANT CORPORATION OF ATHENS, GEORGIA 295 DOUGHERTY STREET ATHENS, GEORGIA 30601.

I. JURISDICTIONAL STATEMENT:

JURISDICTION LIES PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 FOR EMPLOYMENT DISCRIMINATION; 48 U.S.C. §2000e-5. EQUITABLE AND OTHER RELIEF ARE ALSO SOUGHT UNDER 48 U.S.C. §2000e-5(g).

(1.)

II. STATEMENT OF RELEVANCY CONDITIONED ON FACTS:

ACT(S) COMPLAIN OF IS/ARE PLAINTIFF JEROME CLARKE OBLIGEE EMPLOYEE HEREINAFTER INITIATES A ASSUMPSIT EFFECT INSURANCE CLAIM.
REGARDING COMMENCEMENT OF ASSUMPSIT LIFE INSURANCE ANNUITIES PAID BY PLAN POLICY, IRREVOCABLE.
THROUGH INSURER OBLIGOR HISTORY VILLAGE INN RESTAURANT OF ATHENS, GEORGIA BY JEROME CLARKE INSURED OBLIGEE EMPLOYEE LIFE INSURANCE ANNUITIES PAID BY PLAN FEES. AFTER, EMPLOYEE APPLIED FOR AND WAS ACCEPTED THROUGH EMPLOYER HISTORY VILLAGE INN RESTAURANT — EMPLOYER, EMPLOYEE AGREEMENT FOR APPROXIMATELY $20,000.00. WORTH OF PREMIUM LIFE INSURANCE. AT A PAYMENT RATE OF $6.00.00. EVERY TWO WEEKS IN THE COURSE OF SAID - INSURANCE DOCUMENTS FILED THROUGH INSURER HISTORY VILLAGE INN RESTAURANT OF ATHENS, GEORGIA, DURING THE YEARS 1980 - 1981 - 2017, FROM MONTHLY WAGES OF $300.00.00. EVERY TWO WEEKS AND A $112.00. PAY CHECK THAT WAS NEVER RECEIVED BY JEROME CLARKE OF THE BALANCE OF $109.00.00. THAT IRREVOCABLE WENT TOWARDS [ASSUMPSIT EFFECT LIFE INSURANCE ANNUITIES PAID BY PLAN POLICY FEE(S) OF AN ACCRUEMENT OVER (36) THIRTY-SIX YEARS AMOUNTING TO PAY-UP COVERAGE FEES RECOVERABLE (A) SIDE OF $20,000.00. RE-INVESTED IN (AN) INTEREST BEARING INSTRUMENTALITIES BOND(S), CASH OR OTHERWISE STRICTLY ANNUITIES, IRREVOCABLE RECOVERABLY TO JEROME CLARKE INSURED OBLIGEE PERCENTAGE-WISE DUE THROUGH INSURER OBLIGOR HISTORY VILLAGE INN RESTAURANT OF ATHENS, GEORGIA]. HEREINAFTER BY AND THROUGH SUCCESSOR CORPORATION IS FOUNTRY RESTAURANT OF ATHENS, GEORGIA.

III. ARGUMENT AND CITATION OF AUTHORITIES:

THE PLAINTIFF [SO] ARGUES THAT THE DEFENDANT(S) INACTION TO ACT UPON ANY AND ALL OF PLAINTIFF'S IRREVOCABLE ASSUMPSIT EFFECT LIFE INSURANCE ANNUITIES PAID BY PLAN POLICY FEES RECOVERABLE IS AN DISCRIMINATORY ACT AGAINST PLAINTIFF BY NOT THEN CONTACTED PLAINTIFF AS A USUALLY BUSINESS COURSE TO FURTHER CONSIDER ALL OPTION IN A FIFTY-FIVE (55) OR OLDER FOR RETIREMENT PURPOSES AND OR NUNC PRO TUNC/ SINE QUA NON. <u>BURDEN SHIFTING</u>. SEE: THE GEORGIA COMMISSION ON EQUAL OPPORTUNITY AS EXHIBIT A), LETTER.

SEE: ELLIS V. CITY OF YANKTON, S.D. CITE AS 69 F.3d 915 (8TH CIR. 1995). [1-3] IN ANALYZING A CLAIM THAT THE DEPRIVATION OF PROPERTY VIOLATES EITHER PROCEDURAL OR SUBSTANTIVE DUE PROCESS RIGHTS, A COURT MUST FIRST CONSIDER WHETHER THE CLAIMANT HAS A PROTECTED PROPERTY INTEREST TO WHICH THE FOURTEENTH AMENDMENT'S DUE PROCESS PROTECTION APPLIES. DOVER ELEVATOR CO. V. ARKANSAS STATE UNIV., 64 F.3d 442, 445-446 8TH CIR. 1995). PROTECTED PROPERTY INTEREST ARE CREATED BY STATE LAW, BUT FEDERAL LAW DETERMINES WHETHER THE INTEREST RISES TO THE LEVEL OF A CONSTITUTIONALLY-PROTECTED PROPERTY INTEREST. MEMPHIS LIGHT, GAS & WATER DIV. V. CRAFT 436 U.S. 1, 9, 98 S. Ct. 1554, 1554 1560, 56 L. Ed. 2d 30 (1978). A STATE LAW CREATES A PROPERTY INTEREST IN A BUILDING PERMIT ONLY WHEN, AMONG OTHER THINGS, THE PROPER APPLICANT HAS COMPLIED WITH ALL THE APPLICABLE LAWS AND CODES REQUIRED FOR PERMIT ISSUANCE. CAROLAN V. CITY OF KANSAS CITY, 813 F.2d 178, 181 (8TH CIR. 1987)."

(2.)

PLAINTIFF FURTHER ARGUES ARGUENDO ASSUMING.
SEE: HIGGIN V. BEYER, 293 F.3d 683, C.C.A. 3 (N.J. 2002) AT
*689 A "... PAYMENT OF BENEFITS DUE OR TO BECOME DUE
UNDER ANY LAW ADMINISTERED BY THE SECRETARY SHALL NOT BE
ASSIGNABLE EXCEPT TO THE EXTENT SPECIFICALLY AUTHORIZED
BY LAW, AND SUCH PAYMENTS MADE TO, OR ON ACCOUNT OF A
BENEFICIARY SHALL BE EXEMPT FROM TAXATION, SHALL BE
EXEMPT FROM THE CLAIM OF CREDITORS, AND SHALL NOT BE-
LIABLE TO ATTACHMENT, LEVY, OR SEIZURE BY OR AFTER
UNDER ANY LEGAL OR EQUITABLE PROCESS WHATEVER, EITHER
BEFORE OR AFTER RECEIPT BY THE BENEFICIARY. [THE] PRECEDING
SENTENCE SHALL NOT APPLY TO CLAIM OF THE UNITED STATES
ARISING UNDER SUCH LAWS NOR SHALL THE EXEMPTION THEREIN
CONTAINED AS TO TAXATION, EXTEND TO ANY PROPERTY PURCHASED
IN PART OR WHOLLY OUT SUCH PAYMENT..."

IV. RELIEF REQUESTED:

PLAINTIFF HEREIN, HEREBY RESPECTFULLY REQUEST THE
U.S. DISTRICT COURT JUDGE PURSUANT TO THE APPLICABLE
LAWS & PRINCIPLE OF LAWS THAT PAYMENT OF BENEFITS
DUE OR TO BECOME DUE UNDER ANY LAW ADMINISTERED BY THE
SECRETARY CONSIDERED RECOVERABLE IRREVOCABLE TO
PLAINTIFF BE MADE AND ANY OTHER RELIEF THE COURT
DEEMS THROUGH [I]TS JURISPRUDENCE DETERMINATION(S)
BE ALSO RECEIVED BY PLAINTIFF AS ANNUITIES HAD.

RESPECTFULLY SUBMITTED                THIS 20TH DAY OF February,
Jerome Clarke                         2017
JEROME CLARKE
GDC# 94959 H1-120
JOHNSON STATE PRISON
POST OFFICE BOX 344
WRIGHTSVILLE, GEORGIA 31096 (4.)