```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

JEROME CLARKE,                         \*

     Plaintiff,                     \*

vs.                                    \*     CASE NO. 3:17-CV-00036-CDL

FOUNDRY RESTAURANT CORP. OF            \*
ATHENS, GEORGIA,
                                                       \*

     Defendant,

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 19, 2017, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

SO ORDERED this September 5, 2017

                                                     s/Clay D. Land
                                                     CLAY D. LAND, CHIEF
                                                     UNITED STATES DISTRICT JUDGE