IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JEROME CLARKE, | * |
| Plaintiff, | * |
| v. | Case No.  3:17-CV-36-CDL |
| FOUNDRY RESTAURANT CORP. OF ATHENS, GEORGIA | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 5, 2017, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of September, 2017.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk